cal___sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIAS HUGHES, a minor, by and through his Guardian ad Litem, SAMANTHA HUGHES,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil No.06cv2693 LAB (AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On May 30, 2007, the Court convened a Settlement Status Conference in the above entitled action.  Appearing were Scott Harris, Esq. on behalf of plaintiffs and Cindy Cipriani, Esq. on behalf of defendant.

It appears that the guardian ad litem status is in place and that plaintiff has provided its expert letter to the defense for evaluation.  Defendant will proceed to a Rule 35 examination and further analysis of the liability aspect of the case.  With that done, refocusing on settlement will be the next step. It is likely to take 60 days to posture the case for a further settlement hearing, and based thereon the Court sets a telephonic Settlement Status Conference for *July 30, 2007 at 9:30 a.m.*  Plaintiffs' counsel will make arrangements for the conference call.

IT IS SO ORDERED.

DATED: May 30, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court