cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIAS HUGHES, a minor, by and through his Guardian ad Litem, SAMANTHA HUGHES, ) ) ) | Civil No.06cv2693 LAB (AJB) |
| Plaintiff, ) | ORDER FOLLOWING SETTLEMENT CONFERENCE |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendants. ) ) | |

On October 15, 2007, the Court convened a Settlement Conference in the above entitled action. Appearing were Scott Harris, Esq. and Samantha Hughes on behalf of plaintiff; Cindy Cipriani, Esq. on behalf of defendant.

Settlement was reached in the case, subject to the approval of the government authorities. That approval decision should be made shortly.

The parties will consent to magistrate judge jurisdiction for the settlement approval process and the entry of dismissal. A consent form will need to be submitted in that regard.

The Court sets a telephonic Settlement Status Conference for *October 29, 2007 at 9:00 a.m.* to check on the status of the approval and to set a minor's compromise hearing, as appropriate.

IT IS SO ORDERED.

DATED: October 17, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court