cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIAS HUGHES, a minor, by and through his Guardian ad Litem, SAMANTHA HUGHES,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No.06cv2693 LAB (AJB)

ORDER FOLLOWING SETTLEMENT
STATUS CONFERENCE

On October 29, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Scott Harris, Esq. on behalf of plaintiffs and Cindy Cipriani, Esq. on behalf of defendant.

The government authorities have approved the settlement and it is now final and binding. The parties will consent to Judge Battaglia's jurisdiction for the minor's compromise approval and ultimate dismissal of the action.

A hearing for the petition for approval of the minor's compromise is set for ***November 27, 2007 at 1:30 p.m.*** Plaintiff will be filing the necessary petition and supporting documents in advance of the hearing date.

IT IS SO ORDERED.

DATED: October 29, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court