FILED

07 DEC 13 PM 3: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESIAS HUGHES, a minor, by and through her Guardian ad Litem, SAMANTHA HUGHES, | Case No. 06cv2693 LAB (AJB) |
| Plaintiff, | ORDER APPROVING MINOR'S COMPROMISE AND FOR AND COSTS |
| v. | Magistrate Judge Anthony J. Battaglia |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1.  That the captioned matter be settled in the amount of $85,000.

2.  That the Defendant distribute the settlement funds as follows:

    a.  $23,609.51 to the Law Offices of Scott S. Harris APLC as attorneys' fees ($21,250.00) and costs ($2,359.51) for their representation of the plaintiff in this matter and for reimbursement of the Medi-Cal lien

00-1645-DMS(LSP)

1     ($16,057.49);

2     and

3     b.   $45,333.00 to Ringler Associates for the purchase of

4     an   annuity   as   described   in   the   "Stipulation   for

5     Compromise Settlement and Release of Federal Tort Claim

6     Act Claims" attached ~~hereto~~ as Exhibit A. *to defendants*

7     *OBJECTIONS.*

8     DATED: *12/13/07*

9

10    Hon. Anthony J. Battaglia

11    U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    00-1645-DMS(LSP)